UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, *on behalf of herself and all other persons similarly situated*,

        Plaintiff,

-against-

MARQUEE MERCHANDISE, LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/14/2023
```

23-CV-2790 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Donna Hedges filed her Complaint on April 3, 2023 (Dkt. 1), and served defendant Marquee Merchandise, LLC on April 25, 2023, by service on the New York State Secretary of State, making defendant's answer due May 16, 2023. (Dkt. 8.) Defendant has not appeared through counsel and no answer has been filed. Nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **June 21, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       June 14, 2023

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge