UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                 Plaintiffs,

                 v.

MARQUEE MERCHANDISE, LLC,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-2790

**NOTICE OF VOLUNTARY
DISMISSAL**

       Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant,

MARQUEE MERCHANDISE, LLC, with prejudice and without fees and costs.

Dated: New York, New York
      December 6, 2023

                          **GOTTLIEB & ASSOCIATES**

                          _/s/Michael A. LaBollita, Esq._

                   Michael A. LaBollita, Esq., (ML-9985)
                      150 East 18th Street, Suite PHR
                        New York, NY 10003
                        Phone: (212) 228-9795
                        Fax: (212) 982-6284
                        Michael@Gottlieb.legal

                          _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge